IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MAIJA THURSTON and KATHLEEN MONAHAN, individually and on behalf of all other similarly situated,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action. No. **3:10-CV-0249-L** |
| **TEXAS AMERICAN BUSINESS MANAGEMENT, L.P. d/b/a AMERICAN BUSINESS MANAGEMENT, L.P., et al.,** | § § § § | |
| Defendants. | § | |

# ORDER

Before the court is Defendants' Motion to Transfer Venue, filed March 31, 2010. Defendants Texas American Business Management, L.P. d/b/a American Business Management, L.P., Telesource, Inc., and Jimmy K. Walker II (collectively, "Defendants") move to transfer this civil action to the Fort Worth Division of the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). Defendants contend that the alleged events occurred entirely within the Fort Worth Division; that all parties, including Plaintiffs, and the majority of witnesses reside in the Fort Worth Division; and that Plaintiffs were employed by Defendant Telesource, Inc. at its facility in Weatherford, which is in the Fort Worth Division. Plaintiffs do not oppose the motion.

In addition to the position of the parties regarding transfer, the court has considered the eight factors under *In re Volkswagen AG*, 371 F.3d 201, 203 (5th Cir. 2004), and is convinced that a majority of the factors weighs in favor of a transfer and that such a transfer is "[f]or the convenience of [the] parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). For these reasons,

the court determines that the motion should be, and is hereby, **granted**. Accordingly, the court hereby **transfers** this civil action to the Fort Worth Division of the Northern District of Texas.

    **It is so ordered** this 8th day of April, 2010.

                                     Sam A. Lindsay
                                        United States District Judge